# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 17, 2023

## NO. 03-22-00330-CV

**Syed Kazmi, Appellant**

**v.**

**Syeda Kazmi, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
REFORMED AND, AS REFORMED, AFFIRMED IN PART;
REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the district court on March 7, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the portion of the district court's judgment awarding $2,220 for maintenance of appellee's vehicle and renders judgment that she take nothing on that claim; we reform the award of attorney's fees to $28,799.45 and as reformed, affirm the judgment except for the payment deadlines. We reverse the portion of the judgment setting payment deadlines that predate the signing of the judgment and remand for the district court to set new deadlines consistent with this Court's opinion. Each party shall bear their own appellate costs.